IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| L.N.D., )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>FRANK BISIGNANO, Commissioner, )<br>Social Security Administration, )<br>)<br>Defendant. ) | NO. CIV-24-1271-HE |

## ORDER

On January 20, 2026, United States Magistrate Judge Chris M. Stephens issued a Report and Recommendation [Doc. #19], recommending the court reverse and remand the Commissioner's decision for further administrative proceedings.

Magistrate Judge Stephens advised the parties of the right to object to the Report and Recommendation as well as the consequences for failure to timely object. Any objection was due by February 3, 2026. To date, no objection has been filed. The parties have therefore waived the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #19]. The Commissioner's decision is **REVERSED** and **REMANDED** for further administrative proceedings.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 11th day of February, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE
